■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PAGAN, Appellant.—Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered October 11, 1989 convicting defendant upon his plea of guilty, of attempted burglary in the second degree and sentencing him, as a predicate felon, to an indeterminate prison term of from two and one-half to five years, unanimously affirmed.

The defendant's application for waiver of the mandatory surcharge due to indigency is premature *(People v Wilkes,* 162 AD2d 303). If, at the conclusion of his imprisonment, the defendant is unable to pay the surcharge, he may at that time move for a waiver thereof *(see,* CPL 420.35, 420.10; *People v Williams* 131 AD2d 525).

We find no merit to defendant's argument concerning the constitutionality of the mandatory surcharge *(People v Wilkes, supra)*. Concur—Sullivan, J. P., Kupferman, Ross, Kassal and Smith, JJ.